In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00310-CR**

**BRANDON THRASHAUN WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-08-11083-CR**

**MEMORANDUM OPINION**

On August 8, 2023, the trial court sentenced Brandon Thrashaun Williams on an indictment for possession of a controlled substance. On September 27, 2023, Williams filed a notice of appeal.

The District Clerk then sent Williams's notice of appeal and the trial court's certification to the Ninth Court of Appeals. The trial court's certification shows that this is a plea-bargain case and that Williams has no right to appeal.

On September 28, 2023, we notified the parties that we would dismiss the appeal unless the appellant established the trial court's certification was incorrect. Neither of the parties responded to the Court's notice. Because the record lacks a certification that shows Williams has the right of appeal, we dismiss the appeal. [1]

*See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 24, 2023
Opinion Delivered October 25, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.

---

[1] We also note that it appears that Williams filed a notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 26.2, 26.3.